[No. 73250-1-I.   Division One.   June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BEE THOW SAYKAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03134-0, Palmer Robinson, J., entered March 10, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Cox, JJ.

[No. 73299-4-I.   Division One.   June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH THOMAS BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02728-3, Susan J. Craighead, J., entered January 29, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73522-5-I.   Division One.   June 6, 2016.]

MICAH SCHNALL, *Appellant*, v. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-19807-3, Bill Bowman, J., entered May 27, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.

[No. 73651-5-I.   Division One.   June 6, 2016.]

*In the Matter of the Marriage of* LESLIE PATTEN, *Respondent*, and DAVID PATTEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-10392-7, Lori Kay Smith, J., entered April 30, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Spearman, J.